UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRADLEY MEISNER

    Plaintiff,

vs.

VKB HOMES, LLC, and RICHARD HERMANSON,

    Defendants.

Case No. 18-cv-00292

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff, Bradley Meisner, by his counsel, dismisses this action with prejudice and without costs.

Dated: May 29, 2018

                                                                    s/ Lawrence Bensky
                                                                    _____

                                                                    Lawrence Bensky
                                                                    State Bar Number: 1017219
                                                                      Attorney for Bradley Meisner

Law Office of Lawrence Bensky, LLC
10 East Doty St., Suite 800
Madison, Wisconsin 53703
Phone: (608) 204-5969
Email: lbensky@benskylaw.com